Per Curiam.
 

 [¶ 1] S.R. appealed from a district court order granting Prairie St. John's Hospital's request to involuntarily treat S.R. with prescription medication. The district court found by clear and convincing evidence that the factors for involuntary medication of a patient under N.D.C.C. § 25-03.1-18.1 were met. On appeal, S.R. argues the district court's findings were clearly erroneous and an abuse of discretion. We conclude the district court's findings are supported by clear and convincing evidence and are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (4).
 

 [¶ 2] Gerald W. VandeWalle, C.J.
 

 Jon J. Jensen
 

 Lisa Fair McEvers
 

 Daniel J. Crothers
 

 Jerod E. Tufte